**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RODRICK GANT,

    Plaintiff

v.

DANIEL MARTINEZ,

    Defendant

Case No.: 2:25-cv-02108-APG-DJA

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 4]

On May 26, 2026, Magistrate Judge Albregts recommended that I dismiss plaintiff Rodrick Gant's complaint without prejudice because he did not pay the filing or file an application to proceed in forma pauperis by the given deadline. Gant did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 4) is accepted, and plaintiff Rodrick Gant's complaint (ECF No. 1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 15th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE